**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00340-REB-07

UNITED STATES OF AMERICA,

      Plaintiff,

v.

7.  EDWARD MONTANO

      Defendant.

**MINUTE ORDER**[1]

At the oral request of the parties, the change of plea hearing previously set for November 13, 2009, is **VACATED** and is **CONTINUED** to **January 15, 2010** at 1:30 p.m.

Dated: October 2, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.